| | |
|---|---|
| **COURTROOM MINUTES:** | Clerk, U.S. District Court |
| The Honorable Nancy K. Johnson  Presiding | **Southern District of Texas** |
| Deputy Clerk: Shannon Jones | Filed 09.24.2015 |
| Interpreter Present? ☐ Yes  ➡☐ No    ERO: R. Saldana | |
| USPT/USPO: _____    TIME: 10:09-10:22 a.m. | |
| ☐ OTHER DISTRICT: _____  ☐ DIVISION   THEIR CASE# _____ | |

**PROCEEDING HELD:**
☐ Initial Appearance  ☐ Counsel Determination Hearing  ☐ _____
➡☐ Bond Hearing cont.  ☐ Identity                    ☐ Hearing Continued on _____
☐ Detention Hearing  ☐ Preliminary Hearing            ☐ Other

**CASE NUMBER**  ➡☐ CR 4:15cr483_____   ☐ MJ _____

DEFT:                                     AUSA:  Kimberly Leo

James Patrick Burke                        Mark Diaz

_____                  _____

_____                  _____

☐ Date of arrest _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on:  ☐ Indictment  ☐ Information  ☐ Complaint
                                    Violation of  ☐ Supervised Release  ☐ Probation
➡☐ Defendant  ☐ Material Witness appeared  ☑ with           ☐ without counsel
☐ Defendant requests appointed counsel.    ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.

➡☐ Defendant **$75,000** bond set   ☐ Cash  ☐ Surety  ☐ P/R  ➡☐ Unsecured  ☐ _____ Deposit
☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____.
➡☐ Defendant(s)_____ advised of conditions of release
➡☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)
☐ Order of Detention Pending Trial entered as to Defendant(s)
☐ Bond revoked        ☐ Bond reinstated       ☐ Bond Continued
☐ Defendant____ remanded to custody       ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary  ☐ Identity  ☐ Detention Hrg  ☐ Detention Hrg this District
☐ Court finds:  ☐ Probable Cause  ☐ Identity

☐ Defendant(s) _____   **is/are scheduled on:** _____ at _____ for: _____
   ☐ Arraignment        ☐ Counsel Determination Hearing  ☐ Identity Hearing cont.
   ☐ Detention Hearing  ☐ Preliminary Hearing            ☐ Final Revocation Hearing
   ☐ Bond Hearing

The court read conditions of release. The defendant will be placed in custody of Jessica Burke.